# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-2318

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Jesse Ball, also known as Junior, | * | Eastern District of Missouri. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted:  November 28, 2001
Filed:  November 30, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Jesse Ball appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion.  Having carefully reviewed the record and the parties' submissions on appeal, we conclude that Amendment 599 to the U.S. Sentencing Guidelines does not apply to Ball.  Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.